MOLLY M. REZAC
Nevada Bar No. 7435
molly.rezac@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
200 S. Virginia Street, 8th Floor
Reno, NV  89501
Telephone:  775.440.2373
Facsimile:  775.440.2376

*Attorneys for Defendant,*
*HHS Environmental Services, LLC*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| LORI MASLOWSKI, an individual,<br><br>                        Plaintiff,<br>vs.<br><br>HHS ENVIRONMENTAL SERVICES, LLC,<br>a Delaware corporation,<br><br>                        Defendants. | Case No.:   2:25-cv-00865-CDS-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT HHS ENVIRONMENTAL SERVICES, LLC TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

Pursuant to Local Rules IA 6-1 and IA 6-2, Defendant HHS Environmental Services, LLC ("Defendant") and Plaintiff Lori Maslowski ("Plaintiff") hereby requests a thirty-day extension of time, up to an including August 28, 2025, for Defendant to file its response to Plaintiff's Complaint (ECF. No. 1).  The present deadline for Defendant to files its response is July 29, 2025.  This is the parties' first request for an extension of time for Defendant to file its response.

///

///

///

///

Defendant respectfully requests this extension in order to have the time to fully research the facts and circumstances underlying this case, to allow the parties time to explore resolution, and not for purposes of delay. Good cause exists to extend the response deadline. Therefore, the parties respectfully request the thirty-day extension of time up to and including August 28, 2025 for Defendant to file its response to Plaintiff's Complaint.

DATED this 28th day of July, 2025.   DATED this 28th day of July, 2025.

GREENBERG GROSS LLP

/s/ Matthew T. Hale
Jemma E. Dunn
Nevada Bar No. 16229
Matthew T. Hale
Nevada Bar No. 16880
Michael A. Burnette
Nevada Bar No. 16210
1980 Festival Plaza Drive, Suite 370
Las Vegas, Nevada 89135
*Attorneys for Defendant,*
*Lori Maslowski*

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ Molly M. Rezac
Molly M. Rezac
Nevada Bar No. 7435
200 S. Virginia Street, 8th Floor
Reno, NV 89501
*Attorneys for Defendant,*
*HHS Environmental Services, LLC*

**ORDER**

IT IS SO ORDERED.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 7/29/2025

- 2 -

91392695.v1-OGLETREE