UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Lori Maslowski,

    Plaintiff

v.

HHS Environmental Services, LLC,

    Defendant

Case No. 2:25-cv-00865-CDS-DJA

**Order Denying as Moot Plaintiff's Motion to Stay Proceedings and Granting Plaintiff's Motion to Substitute Party for Decedent**

[ECF Nos. 14, 16]

  Plaintiff Lori Maslowski moved under Rule 25(a)(1) of the Federal Rules of Civil Procedure, to stay this matter 90 days, until January 5, 2026, or until a motion to substitute party is filed, whichever is sooner. Mot. stay, ECF No. 14. On October 28, 2025, Maslowski filed a motion to substitute Ryan Gonzalez, special administrator of Maslowski's estate, as the proper party for plaintiff Lori Maslowski. Mot. sub., ECF No. 16. Therefore, the plaintiff's motion to stay **[ECF No. 14] is denied as moot.**

  Rule 25(a) of the Federal Rules of Civil Procedure provides that "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party." Here, I find that Ryan Gonzalez, as the administrator of the estate, is the proper successor to the decedent in this case. *See* Order Granting Special Admin., Pl.'s Ex. A., ECF No. 16-1; *see also* Nev. Rev. Stat. § 41.100 (providing that causes of action that survive a decedent "may be maintained by or against the person's executor or administrator."). For good cause shown, the motion to substitute **[ECF No. 16] is granted**.

  The Clerk of Court is kindly instructed to substitute Ryan Gonzalez, as the special administrator of the estate of plaintiff Lori Maslowski, in place of plaintiff Lori Maslowski.

  Dated: November 18, 2025

            _____
            Cristina D. Silva
            United States District Judge