JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
DAVID C. KIEBLER
Nevada Bar No. 16724
**GREENBERG GROSS LLP**
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
Telephone: (702) 777-0888
Facsimile: (702) 777-0801
　*JDunn@GGTrialLaw.com*
　*MHale@GGTrialLaw.com*
　*DKiebler@GGTrialLaw.com*

Attorneys for Plaintiff
Lori Maslowski

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RYAN GONZALEZ, Special Administrator of Lori Maslowski's Estate, | Case No.: 2:25-cv-00865-CDS-DJA |
| Plaintiff | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| HHS ENVIRONMENTAL SERVICES, LLC, a Delaware Corporation, | |
| Defendant | |

STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

Plaintiff, RYAN GONZALEZ, Special Administrator of Lori Maslowski's Estate ("Plaintiff"), by and through her counsel of record, Greenberg Gross LLP, and Defendant HHS ENVIRONMENTAL SERVICES, LLC ("Defendant"), by and through its counsel of record, OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action without prejudice, including all claims against all parties, with each party to bear its own attorneys' fees and costs.

| | |
|---|---|
| DATED December 11, 2025. | DATED December 11, 2025. |
| */s/ David C. Kiebler* | */s/ Molly M. Rezac* |
| Matthew T. Hale, Esq. (#16880)<br>David C. Kiebler, Esq. (#16724)<br>**GREENBERG GROSS LLP**<br>1980 Festival Plaza Drive, Suite 730<br>Las Vegas, Nevada 89135<br>MHale@GGTrialLaw.com<br>DKiebler@GGTrialLaw.com<br><br>*Attorneys for Plaintiff* | Molly M. Rezac, Esq. (#7435)<br>**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**<br>10801 W. Charleston Boulevard, Suite 500<br>Las Vegas, NV 89135<br>alina.krauff@ogletree.com<br><br>*Attorneys for Defendant* |

Based on the parties' stipulation, this case is dismissed without prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
UNITED STATES DISTRICT JUDGE
Dated: December 12, 2025

-2-
STIPULATION FOR DISMISSAL WITHOUT PREJUDICE